CRAIG M. PETERS, NO. 184018
DAVID L. WINNETT, NO. 219063
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
CP.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS
LESLIE BROWN and SHANE BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BROWN and SHANE BROWN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, TARGET STORE #1438 and DOES 1 to 40,<br><br>　　　　Defendants. | CASE NO. 17-cv-04818-HSG<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br><br>Complaint Filed: June 16, 2017 [Napa County Superior Court Case No. 17CV000666]<br>Trial Date:　　Unassigned |

　　Plaintiffs Leslie Brown and Shane Brown hereby substitute

　　　　CRAIG M. PETERS, NO. 184018
　　　　DAVID L. WINNETT, NO. 219063
　　　　THE VEEN FIRM, P.C.
　　　　711 Van Ness Avenue, Suite 220
　　　　San Francisco, CA 94102
　　　　P.O. Box 7296
　　　　San Francisco, CA 94120
　　　　Telephone: (415) 673-4800
　　　　Facsimile: (415) 771-5845
　　　　CP.Team@VeenFirm.com

　　as attorneys of record in place and stead of Wells, Call, Clark, Bennett & Clawson PC.

//

//

//

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

SUBSTITUTION OF ATTORNEYS

I consent to this substitution.

DATED: November 3, 2017

By: _____
Plaintiff LESLIE BROWN

I consent to this substitution.

DATED: November 3, 2017

By: _____
Plaintiff SHANE BROWN

I consent to this substitution.

DATED: November 3, 2017

Wells, Call, Clark, Bennett & Clawson PC

By: _____
Scott R. Bennett
Former Attorneys for Plaintiffs
LESLIE BROWN and SHANE BROWN

I consent to this substitution.

DATED: November 3, 2017

THE VEEN FIRM, P.C.

By: _____
Craig M. Peters
David L. Winnett
Attorneys for Plaintiffs
LESLIE BROWN and SHANE BROWN

559133_1

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

SUBSTITUTION OF ATTORNEYS

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

On the date below I served a true copy of the following document(s):

**SUBSTITUTION OF ATTORNEYS**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies) shown below.

☐ **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Please See Attached Service List**

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: November _6_, 2017

_____
Susan McKinley

SUBSTITUTION OF ATTORNEYS

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

*Brown, Leslie and Shane v. Target Corporation, et al.*

United States District Court No. 17-cv-04818-HSG

**SERVICE LIST**

| Renee Welze Livingston, Esq.<br>Livingston Law Firm<br>1600 South Main Street, Suite 280<br>Walnut Creek, CA 94596 | Telephone: (925) 952-9880<br>Fax: (925) 952-9881<br>rlivingston@livingstonlawyers.com<br><br>*Attorney for Defendant TARGET CORPORATION* |
|---|---|

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ CALIFORNIA _____

LESLIE BROWN and SHANE BROWN
                Plaintiff (s),

V.

TARGET CORPORATION, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-04818-HSG

Notice is hereby given that, subject to approval by the court, Plaintiffs LESLIE BROWN and SHANE BROWN substitutes
(Party (s) Name)

Craig M. Peters, Esq., The Veen Firm, P.C. , State Bar No. 184018 as counsel of record in
(Name of New Attorney)

place of Wells, Call, Clark, Bennett & Clawson, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          The Veen Firm, P.C.
    Address:             P.O. Box 7296, San Francisco, CA 94120
    Telephone:         (415) 673-4800     Facsimile   (415) 771-5845
    E-Mail (Optional):    CP.Team@VeenFirm.com

I consent to the above substitution.

Date:    Please see attached pleading
                                                     (Signature of Party (s))

I consent to being substituted.

Date:    Please see attached pleading
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date:
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    November 7, 2017                          /s/ Haywood S. Gilliam Jr.
                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]