1  David L. Winnett – SBN 219063
   THE VEEN FIRM, P.C.
2  711 Van Ness Avenue, Suite 220
   San Francisco, CA 94102
3  Tel: (415) 673-4800
   Fax: (415) 771-5845
4  Email: d.winnett@VeenFirm.com

5  Attorney for Plaintiffs
   LESLIE and SHANE BROWN

6

7  Renée Welze Livingston – SBN 124280
   LIVINGSTON LAW FIRM
   A Professional Corporation
8  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
9  Tel:  (925) 952-9880
   Fax: (925) 952-9881
10 Email: rlivingston@livingstonlawyers.com

11 Attorneys for Defendant
   TARGET CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 | LESLIE BROWN and SHANE BROWN,        ) Case No. 4:17-cv-04818-HSG
                                          )
16 |         Plaintiffs,                  ) **STIPULATION AND ORDER RE CASE**
                                          ) **SCHEDULING**
17 |    vs.                               )
                                          ) Complaint Filed:  06/16/17
18 | TARGET CORPORATION, TARGET           ) [Napa County Superior Court
      STORE #1438 and DOES 1 to 40,       ) Case No. 17CV000666]
19 |                                      )
              Defendants.                 )
20 |_____    )

21         Pursuant to the Court's MINUTE ENTRY dated November 27, 2017, for proceedings at

22 Initial Case Management Conference (Document 23), the parties have engaged in several meet and

23 confer discussions to develop the dates set forth in this Stipulation and [Proposed] Order re Case

24 Scheduling. These dates have been modified from those originally contemplated by the parties as a

25 result of plaintiff LESLIE BROWN undergoing knee replacement surgery on January 31, 2018,

26 which counsel for plaintiff and defendant just learned of.  As a result of this development, the

27 parties anticipate a delay in completion of fact discovery, including the deposition of LESLIE

28 BROWN, as well as medical evaluation of LESLIE BROWN by a defense medical expert, due to

---

post surgery recuperation and rehabilitation. The parties estimate plaintiff LESLIE BROWN will not be able to testify until at least April or May, 2018 and will not be in a position to be meaningfully evaluated post-surgery until July or August 2018. The dates below reflect this development.

| | |
|---|---|
| 1. CLOSE OF FACT DISCOVERY: | May 31, 2018 |
| 2. HEARING ON DISPOSITIVE MOTIONS (if any): | August 9, 2018 at 2:00 p.m. |
| 3. ADR: The parties will complete private mediation: | August 31, 2018 |
| 4. DESIGNATION OF EXPERTS BY PLAINTIFFS: | September 4, 2018 |
| 5. DESIGNATION OF EXPERTS BY DEFENDANT: | September 18, 2018 |
| 6. CLOSE OF EXPERT DISCOVERY: | October 9, 2018 |
| 7. PRETRIAL CONFERENCE: | December 4, 2018 at 3:00 p.m. |
| 8. JURY TRIAL (7 days estimated): | January 14, 2019 at 8:30 a.m. (5 days) |

Respectfully submitted,

Dated: February 8, 2018  THE VEEN FIRM

By  */s/ David L. Winnett*
David L. Winnett
Attorneys for Plaintiffs
LESLIE AND SHANE BROWN

| | | |
|---|---|---|
| 1 | Dated: February 8, 2018 | LIVINGSTON LAW FIRM |
| 2 | | |
| 3 | | */s/ Renée Welze Livingston* |
| 4 | | By _____ |
| | | Renée Welze Livingston |
| | | Attorneys for Defendant |
| 5 | | TARGET CORPORATION |
| 6 | **SO ORDERED.** | |
| 7 | | |
| 8 | DATED: February 8, 2018 | _____ |
| 9 | | HON. HAYWOOD S. GILLIAM, JR. |
| | | U.S. DISTRICT COURT JUDGE |