David L. Winnett – SBN 219063
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845
Email: d.winnett@VeenFirm.com

Attorney for Plaintiffs
LESLIE and SHANE BROWN

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BROWN and SHANE BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, TARGET STORE #1438 and DOES 1 to 40,<br><br>Defendants. | Case No. 4:17-cv-04818-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CASE SCHEDULING**<br><br>Complaint Filed: 06/16/17<br>[Napa County Superior Court<br>Case No. 17CV000666] |

Pursuant to the MINUTE ENTRY following a telephone conference with the Court on August 14, 2018, the parties have met and conferred for the purpose of revising the existing expert and mediation deadlines to facilitate a meaningful mediation while still maintaining the existing trial date. These dates have been modified from those originally contemplated by the parties as a result of plaintiff LESLIE BROWN undergoing knee replacement surgery on January 31, 2018, and the resulting delay in her defense medical evaluation, which is going forward on August 24, 2018. The dates below reflect these developments:

610811.1

---
*Brown v. Target Corporation,* Case No. 4:17-cv-04818-HSG
STIPULATION AND [~~PROPOSED~~] ORDER RE CASE SCHEDULING
-1-

| | |
|---|---|
| 1. ADR: The parties will complete private mediation: | November 15, 2018 |
| 2. DESIGNATION OF EXPERTS BY PLAINTIFFS: | September 18, 2018 |
| 3. DESIGNATION OF EXPERTS BY DEFENDANT: | October 2, 2018 |
| 4. CLOSE OF EXPERT DISCOVERY: | November 30, 2018 |
| 5. PRETRIAL CONFERENCE: | December 4, 2018 at 3:00 p.m. |
| 6. JURY TRIAL (7 days estimated): | January 14, 2019 at 8:30 a.m. (5 days) |

Respectfully submitted,

Dated: August 20, 2018     THE VEEN FIRM

By   */s/ David L. Winnett*
     David L. Winnett
     Attorneys for Plaintiffs
     LESLIE AND SHANE BROWN

Dated: August 20, 2018     LIVINGSTON LAW FIRM

By   */s/ Renee Welze Livingston*
     Renée Welze Livingston
     Attorneys for Defendant
     TARGET CORPORATION

///
///
///

610811.1

*Brown v. Target Corporation,* Case No. 4:17-cv-04818-HSG
STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULING

-2-

**SO ORDERED.**

DATED: 8/21/2018

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

610811.1

---

*Brown v. Target Corporation,* Case No. 4:17-cv-04818-HSG
STIPULATION AND [~~PROPOSED~~] ORDER RE CASE SCHEDULING
-3-