David L. Winnett – SBN 219063
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845
Email: d.winnett@VeenFirm.com

Attorney for Plaintiffs
LESLIE and SHANE BROWN

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BROWN and SHANE BROWN, | ) Case No. 4:17-cv-04818-HSG |
| | ) |
| Plaintiffs, | ) **SECOND STIPULATION AND** |
| | ) **[PROPOSED] ORDER RE CASE** |
| vs. | ) **SCHEDULING** |
| | ) |
| TARGET CORPORATION, TARGET | ) Complaint Filed: 06/16/17 |
| STORE #1438 and DOES 1 to 40, | ) [Napa County Superior Court |
| | ) Case No. 17CV000666] |
| Defendants. | ) |
| | ) |

The parties mediated the case with Matthew S. Conant, Esq., on October 31, 2018. The mediation was unsuccessful. In good faith anticipation of the mediation, the parties postponed the depositions of some of plaintiffs' non-retained expert witnesses, in order to hopefully avoid incurring the cost of taking them in the event of a successful mediation. This - along with the approaching holidays, plaintiffs' counsel's opportunity to attend a conference the week after Thanksgiving, and defense counsel's opportunity to attend a conference the following week - has tightened the calendar somewhat. The parties have met and conferred for the purpose of revising

622236.1

_Brown v. Target Corporation_, Case No. 4:17-cv-04818-HSG
SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULING
-1-

the existing expert discovery deadline to facilitate a meaningful mediation while still maintaining the existing trial date. These dates have been modified from those originally contemplated by the parties:

| 1. CLOSE OF EXPERT DISCOVERY: | December 14, 2018 |
|---|---|
| 2. PRETRIAL CONFERENCE: | December 18, 2018 at 3:00 p.m. |
| 3. JURY TRIAL (7 days estimated): | January 14, 2019 at 8:30 a.m. (5 days) |

Respectfully submitted,

Dated: November 6, 2018

THE VEEN FIRM

By _____
*/s/ David L. Winnett*
David L. Winnett
Attorneys for Plaintiffs
LESLIE AND SHANE BROWN

Dated: November 6, 2018

LIVINGSTON LAW FIRM

By _____
*/s/ Renee Welze Livingston*
Renée Welze Livingston
Attorneys for Defendant
TARGET CORPORATION

///
///
///
///
///
///
///
///
///
///

622236.1

*Brown v. Target Corporation*, Case No. 4:17-cv-04818-HSG
SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULING
-2-

**SO ORDERED.**

DATED: _____11/17/2018_____

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

622236.1

*Brown v. Target Corporation*, Case No. 4:17-cv-04818-HSG
SECOND STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULING
-3-