Renée Welze Livingston – SBN 124280
John C. Hentschel – SBN 149252
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
            jhentschel@livingstonlawyers.com

 Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| LESLIE BROWN and SHANE BROWN, | ) | Case No. 4:17-cv-04818-HSG |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION FOR CONDITIONAL DISMISSAL AND [PROPOSED] ORDER** |
| vs. | ) ) | Complaint Filed:  06/16/17 |
| TARGET CORPORATION, TARGET STORE #1438 and DOES 1 to 40, | ) ) ) | Trial Date: 01/14/19 [Napa County Superior Court Case No. 17CV000666] |
| Defendants. | ) ) | |

The parties hereto, plaintiffs LESLIE BROWN and SHANE BROWN, and defendant TARGET CORPORATION, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The parties have entered into a written settlement agreement following private mediation with Matthew S. Conant, Esq., the terms of which are subject to confidentiality. The parties must reimburse an ERISA medical lien from the settlement proceeds in an amount still to be determined.  Defendant TARGET CORPORATION has forwarded a Release of All Claims to counsel for plaintiffs which may be modified due to continued negotiation of the ERISA medical lien (since TARGET will issue a check directly to the ERISA lienholder once the amount has been determined by plaintiffs).  The final negotiation of that lien will not affect the amount of money paid by defendant TARGET CORPORATION under this settlement, only the proportionate distribution of settlement funds as between plaintiffs and the medical lienholder.

2. Given the above, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

parties hereby stipulate that this action shall be *conditionally* dismissed with prejudice, with each side bearing his/her/its own fees and costs.

      3.  The parties stipulate and request the Court to retain jurisdiction in regard to enforcement of the settlement pending final distribution of settlement funds.

      IT IS SO STIPULATED.

Dated:  December 18, 2018               THE VEEN FIRM, P.C.

                                              */s/ David L. Winnett*
                                     By: _____
                                             David L. Winnett
                                             Attorneys for Plaintiffs
                                             LESLIE and SHANE BROWN

Dated:  December 18, 2018               LIVINGSTON LAW FIRM

                                              */s/ Renée Welze Livingston*
                                     By: _____
                                             Renée Welze Livingston
                                             Attorneys for Defendant
                                             TARGET CORPORATION

IT IS SO ORDERED

DATED:

                                     By: _____
                                         HAYWOOD S. GILLIAM, JR.
                                         United States District Judge